UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 17 AM 10: 43

Diquan Booker

Write the full name of each plaintiff.

No. **22 CV 4024**

(To be filled out by Clerk's Office)

-against-

Sgt Flint   officer Murphy
Officer hobbs

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☒ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: _Attemp to kill Me   Discrimination_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Diquan_          _Unique_          _Booker_
First Name        Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_16A1641_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Washington Correctional Facility_
Current Place of Detention

_72 Lock 11 Lane P.O Box 180_
Institutional Address

_Comstock, New York_     _NY_        _12821 - 0180_
County, City              State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  Sgt Flint                              don't wanna give me shield #
First Name        Last Name           Shield #

Sgt            Flint
Current Job Title (or other identifying information)

Washington Correctional Facility
Current Work Address

Comstock 72 lock ll lane PoBox 190 NY     12821 -0180
County, City              State           Zip Code

Defendant 2:   Officer    Murphy                     don't wanna give me shield #
First Name        Last Name           Shield #

Officer       Murphy
Current Job Title (or other identifying information)

Correction Officer
Current Work Address

72 lock lane Po box 190 Comstock NY     12821 -0180
County, City              State           Zip Code

Defendant 3:   Officer       hobbs                   don't wanna give me shield #
First Name        Last Name           Shield #

Correction officer
Current Job Title (or other identifying information)

Comstock 72 ll lock lane Po Box 180 NY
Current Work Address

County, City              State           Zip Code

Defendant 4:
First Name        Last Name           Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State           Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Washington correctional Facility

Date(s) of occurrence: 4/20/22 4/27/22 4/30/22

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 4/20/22 I was search I was called a nigger snitch I said what I do wrong the officer did not let me know all I know is that I handed a sgt at the other Jail a iphone charger that a dirty bad correction officer gave to a blood gang member and I got it from him and gave it to sgt. That the reason on 4/20/22 the officer called me a snitch I ask for sheild # he did not answer me on 4/27/22 I was going to library and I almost died it was sgt Flint officer Murphy and other officers there with Just me I was choke untill I started shaken clother was remove boots was thrown off my body hit in the head with boots becoming unconscious for no reason they did this to me officer Murphy was the one Choking me sgt Flint was laughing with the rest of officer while I was being Choke and hit with my boots he seen me Shaking and eyes closing then he let go of me he called me a rat nigger and said I better not grieve him I call outside investigation and told them they told me call them back if retaliation it was a inmate punch me in the head 4/30/22 in front of

Page 4

officer hobbs hobbs started laughing like it was funny, i called 444 outside investigation back and let them know it was retaliaton i was punched in the head really hard infront of officer hobbs and laugh instead of helping. I went to medical when i got choked out and wrote to let them know my head hurt after blood gang inmate punch me, i let them know officer murphy attemp to kill me ang sgt stood laughing they are trying to hurt me.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

headaches neck pain, i went to medical it's on record officer murphy choke me attemp to take my life away from me, for no reason if i did something wrong, i would have a ticket i don't have a ticket for doing anything wrong i want them to stop trying to hurt Me forever.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

Iam asking the courts to give me to award me with 8.6 billion dollars for the pain and suffering the violation of my rights, for them calling me a nigger and the attemp on my life thank you this is discrimination this was attemp murder. and sgt and these officer laugh like it funny, i could of died. These are dirty correctional officers and sgt they are not good correctional officers. They think this is funny, They are trying to kill me.

I almost died from covid because of them.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May/10/22
Dated

Dyson Booker
Plaintiff's Signature

Diquan
First Name

Unique
Middle Initial

Booker
Last Name

Washington
Prison Address

Comstock
County, City

NY
State

12821 -0180
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: May/10/22

Page 6

WASHINGTON CORRECTIONAL FACILITY
72 LOCK 11 LANE, P.O. BOX 180
COMSTOCK, NEW YORK 12821-0180
NAME: Diquan Booker   DIN: 16A1691

Legal Mail
USMP3
SDNY

CORRECTION FACILITY
Clerk

WASHINGTON
NEOPOST
05/11/2022
US POSTAGE $000.--
ZIP 12821
041M11285412

Dear Court   May 12 2022
Can't go to get
copies because
the correction
officers almost
made me die there
so I can't go get
copies sorry about that
I almost died from covid cause of them
From
Day Booker
16A1691

United States District
court Southern District
of NY Daniel Patrick
Moynihan United States
Courthouse 500
230 Wy 10007
500 Pearl Street Room