UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DIQUAN BOOKER

Plaintiff(s),

v.

SGT FLINT
OFFICER MURPHY

Defendant(s).

**amended**
**COMPLAINT**
(Pro Se Prisoner)

Case No. 9:22-cv-00600-GTS-ATB
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II. PLAINTIFF(S) INFORMATION

Name: DIQUAN BOOKER
Prisoner ID #: 16A1691
Place of detention: Greene correctional facility
Address: Po Box 975
Coxsackie, NY 12051

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: SGT FLINT
Name (Last, First)

SGT
Job Title

72 LOCK LANE PO BOX 180
Work Address

COMSTOCK    NEW YORK    12821-0180
City        State       Zip Code

Defendant No. 2: OFFICER MURPHY
Name (Last, First)

OFFICER MURPHY
Job Title

2

72 lock Lane
Work Address

Comstock            NY            12821-0180
City                State         Zip Code

Defendant No. 3:  OFFICER HOBBS
Name (Last, First)

OFFICER CORRECTION Officer
Job Title

72 Lock lane
Work Address

Comstock            NY            12821-0180
City                State         Zip Code

Defendant No. 4:  _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                State         Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Dear Court I wanna start off saying my name is DIQUAN BOOKER, I was going to law library on April 27, 2002 and I was choked almost to death by a corrupted correctional officer name OFFICER MURPHY my eyes was closing up on me and I was shaken he still would not let go of me he took my boot hit me with it yes he hit me with boot after he took them off after that he told SGT FLINT the reason he choked me is because I gave the SGT at the other prison a iphone charger the other officer gave to a bloods gang inmate officer murphy found out and tryed to kill me he said if I grieve it it's retiliation on the 29 of April I was punch by inmate of the blood gang after officer hobbs gave him a head nod yes to do it inmate said to his friend I told on his friend about iphone charger inmate punch me in head officer hobb did nothing to stop it he did not write it on a misbeahavior report I called outside investigation 444 let them know everything she came see me I let her know everything even when officer murphy took my court papers and told me I have to suck his dict to get them back he wrote i love cock on my id I showed outside investigator she was surprised.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

OFFICER MURPHY wrote I love cock on my id card with a marker in Washington correctional facility only the correctional officers and sgt and Lt. Yes its a fact that officer Murphy told me to suck his dick to get my court papers back and he wrote I love cock on my id card he ask me to preform oral sex to get my id card back, I let osi know I told correction officer Murphy I needed medical assistant he denied me right away I was told I had to put in a sick call I went to medical days later, I told them I was choked almost death my neck is hurting at the time my neck was swollen my head was hurting when I got punch in head by bloods gang inmate when officer hobbs gave him a head nod to do it I ask can I go to medical officer hobbs said no put in a sick call these officers are corrupted they bring in knives Drugs iphones iphones chargers these officers are with the hit on my life when I first got to Washington correction facility I ask the sgt if I can go to protective custody because of the iphone charger situation and I did not want no problem with the bloods gang he said no snitch you can't go to protective custody these people are corrupted. I ask for badge number of these officers hobbs and murphy and sgt flint they did wanna give there badge number to me.

I would like $5. billion dollars for attemp murder retaliation sexual harrasment failing to protect me calling me a snitch choking me because I gave sgt a iphone charger a dirty correction officer gave to a bloods gang member denying me medical treatment at the time of the incident Telling inmate to put his hands on me by punching me in the head (Officer hobbs) sent that hit.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Attempted murder OFFICER MUPHY choked me untill I started shaken and my eyes was closing SGT FLINT stand there and laugh. Sexual harrasment Officer murphy told me to suck his dick to get my court papers back

(I called 444 outside investigation)
(I called OSI 444)

### SECOND CLAIM

Assault OFFICER MURPHY choked me hit me with boot had he took my boots off. Failing to protect me by denying me protective custody when i told him the reason why i wanted protective custody.

### THIRD CLAIM

Retaliation OFFICER MURPHY told SGT FLINT he choked me be choked because i gave iphone charger to the other SGT that an officer gave a bloods gang member OFFICER MURPHY called me a rat OFFICER Hobbs had a bloods gang member punch me in my head.

**VI. RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

The relief and awards i am seeking for this case is $5 billion dollar for sexual harrasment Attempt murder retaliation Assault failing to protect me denying me protective custody when i ask

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/31/22

Dgion Booker
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Diquan Booker     DIN: 16A1691

LEGAL Mail



NEOPOST
10/03/2022
US POSTAGE $000.81⁰

ZIP 12051
041M11465187

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
OCT - 5 2022
RECEIVED

Clerk US District Court
P.O Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367